UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | LA CV25-00758-MWC-AJR | Date | April 8, 2025 |
|---|---|---|---|
| Title | Michael Grecco Productions, Inc. v. Different By Choice Corporation, et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE JS-6

  An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on **March 27, 2025,** ordering Plaintiff either to: (i) respond in writing no later than **April 3, 2025** as to why the matter should not be dismissed for lack of prosecution. No response has been provided by Plaintiff. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.